IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00523-RBJ

UNITED STATES OF AMERICA,

      Plaintiff,

v.

WILMA HAU,

      Defendant.

## UNOPPOSED MOTION FOR IMMEDIATE SENTENCING

      Defendant, Wilma Hau ("Ms. Hau"), by and through undersigned counsel, David E. Johnson, hereby files this Unopposed Motion for Immediate Sentencing, requesting that the Court impose a sentence in the above-referenced matter immediately after the Change of Plea Hearing, scheduled for Monday, May 4, 2020 at 2:15 p.m.  In support thereof, it is stated as follows:

      1.      Pursuant to Rule 32(c)(1)(A)(ii) of the Fed.R.Crim.P., a court may immediately sentence a defendant without the benefit of a Presentence Investigation by Probation if the court finds that the information in the record enables it to exercise its sentencing authority under 18 U.S.C. § 3553.

      2.      Ms. Hau intends to plead guilty to Count 1 of the indictment, charging a violation of 18 U.S.C. §§ 3146(a)(2) and 3146(b)(1)(A)(ii), failure to surrender for service of sentence.  A notice of disposition was filed March 3, 2020, and a Change of Plea Hearing is set for May 4, 2020, at 2:15 p.m.  The proposed plea documents were sent to this Court via email on April 23, 2020.

3.	Both parties agree to a recommended sentence of 18 months' imprisonment, as stated in the proposed plea agreement. Further, Ms. Hau is in custody, currently serving her federal sentence imposed in *US v. Hau*, 13-cr-00077-JLK-1. The parties feel there is no need for a presentence report.

4.	The Probation Office has previously prepared a presentence report for Ms. Hau in *US v. Hau*, 13-cr-00077-JLK-1, ECF Doc. Nos. 100, 101.

5.	Undersigned counsel has conferred with Assistant United States Attorney Patricia Davies.  After conferring with the Probation Office, Ms. Davies explained that she concurred with the request for immediate sentencing.

6.	The parties have conferred with Supervisory U.S. Probation Officer Justine Kozak, who stated an immediate sentencing report could be prepared in advance of the hearing on Monday, May 4, 2020.

7.	Consistent with that conferral, undersigned counsel has transmitted a copy of the proposed plea documents in this case to the United States Probation Office for preparation of an immediate sentencing memorandum prior to any immediate sentencing.

8.	Based upon the above, and pursuant to Fed.R.Crim.P. 32(c)(1)(A)(ii), it is requested that this Court immediately sentence Ms. Hau after her scheduled Change of Plea hearing on May 4, 2020.  At that time, the parties will be prepared to proceed to sentencing.

WHEREFORE, the defendant, Ms. Hau, would respectfully request that this court waive the necessity of a Presentence Report and immediately sentence her following the change of plea hearing in this case, currently set for May 4, 2020 at 2:15 p.m.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ David E. Johnson
DAVID E. JOHNSON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
David_johnson@fd.org
Attorney for Defendant

CERTIFICATE OF SERVICE

      I hereby certify that on April 28, 2020, I filed the foregoing **Motion for Immediate Sentencing** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

    Patricia W. Davies, Assistant United States Attorney
    E-mail:  patricia.davies@usdoj.gov

      I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

    Wilma Hau (via U.S. mail)
    Reg. No. 39179-013
    c/o Washington County Jail

                                      s/ David E. Johnson
                                      DAVID E. JOHNSON
                                      Assistant Federal Public Defender
                                      633 17th Street, Suite 1000
                                      Denver, CO  80202
                                      Telephone:  (303) 294-7002
                                      FAX:  (303) 294-1192
                                      David_johnson@fd.org
                                      Attorney for Defendant